DAWS (JOHNSON v.). See Case No. 7,382.

## Case No. 3,667.
### DAWSON v. BOYD.

[Cited in Norwood v. Sutton, Case No. 10,365, and in Clarke v. Druet, Id. 2,850. Nowhere reported; opinion not now accessible.]